UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 17-201** |
| v. | * | **SECTION: "I" (3)** |
| **LILBEAR GEORGE,**<br>  a/k/a "Bear"<br>  a/k/a "Allen Santee" | *<br><br>* | |

\* \* \*

## SECOND AMENDED NOTICE OF INTENT TO SEEK THE DEATH PENALTY

The United States of America, by and through its undersigned counsel and pursuant to Title 18, United States Code, Section 3593(a), files this Notice of Intent to Seek the Death Penalty and notifies the Court and defendant **LILBEAR GEORGE** that the United States believes the circumstances of the offenses charged in Count 3 of the Second Superseding Indictment are such that in the event of a conviction, a sentence of death is justified under Chapter 228 (Sections 3591 through 3599) of Title 18 of the United States Code and the United States will seek the sentence of death for this offense.

The United States intends to prove the following factors to justify a sentence of death with regard to Count 3:

    **A.**    **LILBEAR GEORGE** was 18 years of age or older at the time of the offense.

    **B.**    **Statutory Threshold Factors enumerated under 18 U.S.C. § 3591(a)(2)**

        **1.**    **Intentionally Participated in an Act**

**LILBEAR GEORGE** intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim died as a direct result of the act (18 U.S.C § 3591(a)(2)(C));

### 2. Intentionally and Specifically Engaged in an Act of Violence

**LILBEAR GEORGE** intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim died as a direct result of the act (18 U.S.C § 3591(a)(2)(D)).

## C. Statutory Aggravating Factors enumerated under 18 U.S.C. § 3592(c)

### 1. Grave risk of death to additional persons

**LILBEAR GEORGE**, in the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to the victim of the offense (18 U.S.C. § 3592(c)(5));

### 2. Pecuniary gain

**LILBEAR GEORGE** committed the offense as consideration for the receipt, or in the expectation of the receipt, of anything of pecuniary value (18 U.S.C. § 3592(c)(8)).

## D. Non-Statutory Aggravating Factors identified under 18 U.S.C. § 3593(a)

### 1. Victim Impact

As reflected by the victim's personal characteristics as a human being and the impact of the offenses on the victim and the victim's family, **LILBEAR GEORGE** caused loss, injury, and harm to the victim and the victim's family (*see Payne v. Tennessee*, 501 U.S. 808, 825-827 (1991)) including, but not limited to, the fact that the victim's family suffered severe and irreparable harm;

**2.     Lack of Remorse**

**LILBEAR GEORGE** has demonstrated a lack of remorse for the capital offenses committed in this case, as indicated by his statements and actions during the course of and following the offenses alleged in the Second Superseding Indictment, including but not limited to one or more of the following:

  a. **LILBEAR GEORGE** stated that if arrested for the offense alleged in Count 3, he would tell police that he stole the vehicle but gave it to someone else;

  b. **LILBEAR GEORGE** stated that he should have killed someone and then planted his gun on the deceased to divert attention away from himself;

**3.     Other Criminal Conduct – Armed Robbery**

**LILBEAR GEORGE** participated in the armed robbery of an Intertrust armored car at the Capital One Bank, 1100 S. Carrollton Avenue, New Orleans, Louisiana, on December 13, 2007;

**4.     Other Criminal Conduct – Drug Trafficking with a Firearm**

**LILBEAR GEORGE** participated in a conspiracy and possession of heroin with intent to distribute, along with possession of a firearm in furtherance of drug trafficking, in New Orleans, Louisiana, on February 8, 2016;

## 5. Other Criminal Conduct – Substantial Planning and Premeditation for Armed Robbery

**LILBEAR GEORGE** substantially planned and premediated the offenses alleged in Count 3 of the Second Superseding Indictment, which required the use of a firearm to facilitate the robbery of armed security guards.

    Respectfully submitted,

    PETER STRASSER
    UNITED STATES ATTORNEY

    *s/ Michael E. McMahon*
    MICHAEL E. MCMAHON
    Assistant United States Attorney
    Louisiana Bar Roll Number 10095
    Telephone: (504) 680-3027
    Email: michael.mcmahon@usdoj.gov

    *s/ Brittany L. Reed*
    BRITTANY L. REED
    Assistant United States Attorney
    Louisiana Bar Roll Number 31299
    Telephone: (504) 680-3031
    Email: Brittany.reed2@usdoj.gov
    650 Poydras Street, Suite 1600
    New Orleans, Louisiana 70130

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

    *s/ Brittany L. Reed*
    BRITTANY L. REED
    Assistant United States Attorney