UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 17-201** |
| **LILBEAR GEORGE, ET AL.** | **SECTION I** |

## FOURTH AMENDED SCHEDULING ORDER

Considering the joint motion[1] to enter the proposed fourth amended scheduling order submitted by the United States of America and capital defendants Lilbear George, Chukwudi Ofomata, and Curtis Johnson, Jr. (collectively, the "capital defendants"),

**IT IS ORDERED** that the motion is **GRANTED** as amended by the Court, and the Court hereby sets the following guidelines and deadlines:[2]

## DISCOVERY

Although the discovery deadlines have passed, the government and the capital defendants recognize that the parties will continue to investigate this matter, and all parties agree to turn over any additional discovery materials in a timely fashion, reserving their right to file motions to compel if appropriate.

---

[1] R. Doc. No. 528.

[2] The dates and deadlines set forth in this Fourth Amended Scheduling Order apply to the September 14, 2020 trial of the capital defendants. The dates and deadlines set forth in the Third Amended Scheduling Order—excepting the submission of the Jury Questionnaire because it is moot—remain in effect for the November 4, 2019 trial of the non-capital defendants Jeremy Esteves, Robert Brumfield, III, and Jasmine Theophile.

## BRADY MATERIAL

The government is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and will discharge this obligation. Materials discoverable under *Brady*, to the extent they exist, will be provided immediately.

## JENCKS ACT AND *GIGLIO* MATERIALS

Materials to which the capital defendants and the government are entitled under the Jencks Act (18 U.S.C. § 3500) and *Giglio v. United States*, 405 U.S. 150 (1972) will be provided no later than two weeks in advance of trial in an effort to avoid any delay in trial. However, Jencks and *Giglio* materials that involve witness security issues shall be provided no later than the Wednesday before trial at 9:00 A.M.

## NOTICE OF THE GOVERNMENT'S INTENT TO ADMIT EVIDENCE OF OTHER CRIMES, WRONGS, OR ACTS IN ACCORDANCE WITH RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE

The government shall file, with an accompanying memorandum, any notice of its intent to use evidence of other crimes, wrongs, or acts pursuant to Rule 404(b) of the Federal Rules of Evidence no later than March 23, 2020, with all oppositions due ten working days afterward.

## MOTIONS *IN LIMINE* AND PRE-TRIAL EVIDENTIARY MOTIONS

All motions *in limine* and additional pre-trial evidentiary motions shall be filed no later than April 7, 2020, with all oppositions due five working days afterward.

If the government discloses evidence to the capital defendants after April 7, 2020, the capital defendants may file motions *in limine* related to such evidence within five working days of such disclosure. The government shall file its responses within three working days afterward.

Upon good cause shown, and with Court approval, the parties may file additional pre-trial evidentiary motions based on materials provided or issues arising after April 7, 2020. Oppositions to any such motions are due no later than five working days after the motion is filed.

### INDICTMENT AND DEATH PENALTY MOTIONS

Any motions challenging the indictment or the government's notice of intent to seek the death penalty shall be filed by October 7, 2019, with responses due by October 14, 2019. Any replies must be filed by October 21, 2019.

### EXPERT WITNESSES

In accordance with the provisions of Rules 16(a)(1)(G) and 16(b)(1)(C) of the Federal Rules of Criminal Procedure, all parties shall designate the type of experts they intend to use at trial and satisfy the requirements of such rules no later than June 7, 2020. If the government discloses evidence to the capital defendants after the June 7, 2020 deadline, the capital defendants may designate, within ten working days of the disclosure, experts to address issues related to such evidence.

## STIPULATIONS

To facilitate judicial economy, where authenticity and technical predicates are not at issue, the government shall submit a proposed stipulation relating to the authenticity of its evidence no later than 30 days before trial. The stipulations shall encompass the authenticity of recorded audio/video tapes and business/public records. The capital defendants shall review the proposed stipulations and submit proposed changes no later than 20 days before trial, with agreement on the final stipulations to be completed no later than 15 days before trial. The government shall likewise act accordingly with any stipulations proposed by the defense.

## NOTICE OF PHYSICAL AND TRACE EVIDENCE

The government shall provide an inventory of all physical and trace evidence that it intends to use at trial no later than September 1, 2019.

## WITNESS AND EXHIBITS

The government shall submit its proposed witness and exhibit lists to the capital defendants no later than July 31, 2020. The capital defendants shall submit their proposed witness and exhibit lists to the government no later than August 7, 2020. Objections to proposed exhibits shall be submitted no later than August 14, 2020, with responses to the objections due no later than August 21, 2020.

## RULE 1006 EXHIBITS

Any summary or chart that the government or the capital defendants intend to introduce as an exhibit pursuant to Federal Rule of Evidence 1006, along with supporting materials, shall be exchanged no later than August 29, 2020.

## PROPOSED JURY SELECTION PROCEDURES

The capital defendants shall submit their proposed jury selection procedures no later than June 1, 2020. Any response by the government shall be filed no later than June 15, 2020, and any replies shall be filed no later than June 22, 2020.

## JURY QUESTIONNAIRE

The government and the capital defendants shall submit a joint jury questionnaire no later than June 1, 2020. The Court may permit additional questions to be supplemented to the jury questionnaire at a later date for good cause. Any objections to the jury questionnaire shall be outlined and included with the joint jury questionnaire. The Court will hold a status conference to discuss the proposed jury questionnaire on June 8, 2020 at 7:30 A.M.

## PROPOSED JURY INSTRUCTIONS

The government and the capital defendants shall submit proposed jury instructions for the guilt phase and any penalty phase of the proceedings no later than June 8, 2020. Any objections are due by June 22, 2020.

## RULE 12.2 PROCEDURES—MENTAL HEALTH

The deadline for any capital defendants' notice of its intent to offer *penalty*-phase mental-health evidence required under Federal Rule of Criminal Procedure 12.2(b)(2) is August 27, 2020. The deadline for the capital defendants to provide notice of their intent to present an insanity defense under Rule 12.2(a), or notice to present expert testimony relating to a mental disease or defect or any other mental condition bearing on the issue of *guilt* under Rule 12.2(b)(1), is also August 27, 2020.

## COMPETENCY

The capital defendants shall raise any issues of competency no later than March 20, 2020. Any additional deadlines or hearings necessary to resolve this issue will be promptly scheduled by the Court.

## GUILT-PHASE EXPERTS

The government and the capital defendants shall disclose their guilt-phase experts' identities, CVs, and summaries, as required by Federal Rules of Criminal Procedure 16(a)(1)(G) and 16(b)(1)(C), no later than June 17, 2020. If the government discloses evidence to the capital defendants after the June 17, 2020 deadline, the capital defendants may designate, within ten working days of the disclosure, experts to address issues related to such evidence.

Any challenge to the testimony of guilt-phase experts pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or on any other basis, must

be filed by August 3, 2020, with responses due by August 17, 2020. Any replies must be filed by August 24, 2020.

### DISCLOSURE OF NON-MENTAL HEALTH EXPERTS AND NOTICE OF MITIGATING FACTORS AT THE SENTENCING PHASE

The parties dispute whether the capital defendants are required to (1) disclose the identities of their penalty-phase, non-mental health experts and (2) provide notice of the mitigating factors they intend to prove at the sentencing hearing. Accordingly, the government shall file motions requesting such disclosure, and outlining the legal basis for its entitlement to the same, no later than July 13, 2020, with responses due no later than July 27, 2020.

New Orleans, Louisiana, August 29, 2019.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE