UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE, CHUKWUDI OFOMATA, & CURTIS JOHNSON, JR. | SECTION I |

### ORDER

Before the Court is the defendants' joint unopposed motion[1] for a thirty-day extension of time to file motions *in limine* and additional pre-trial evidentiary motions. For the following reasons, the motion is granted in part and denied in part.

Under the Fourth Amended Scheduling Order, the deadline to file motions *in limine* and additional pre-trial evidentiary motions was April 7, 2020.[2] The Fourth Amended Scheduling Order was entered into the record on August 29, 2019.

On March 27, 2020, the Court granted in part and denied in part the parties' joint motion[3] to stay the Fourth Amended Scheduling Order until May 1, 2020.[4] Pursuant to the Court's March 27, 2020 order, the deadlines in the Fourth Amended Scheduling Order, with the exception of the deadline to file motions *in limine* and additional pre-trial evidentiary motions, are stayed until May 1, 2020, by which date the parties are to file a joint proposed Fifth Amended Scheduling Order.[5] Also

---

[1] R. Doc. No. 891.
[2] R. Doc. No. 533, at 2–3.
[3] R. Doc. No. 881.
[4] R. Doc. No. 886.
[5] *See id.* at 1.

1

pursuant to the March 27, 2020 order, the Court granted a two-week extension of the deadline to file motions *in limine* and additional pre-trial evidentiary motions—to April 21, 2020.[6] The defendants now request an additional thirty-day extension of the April 21, 2020 deadline.

The Court is sympathetic to the concerns that defense counsel have articulated regarding the impact of COVID-19 on their professional and personal obligations, and it is heedful of the need to provide effective assistance of counsel to the capital defendants. In a parallel vein, the Court is also mindful of the extensive pre-trial preparations that the Court and counsel must undertake to ensure a fair and just trial process.

Following numerous requests for continuances that the Court has granted, trial in this capital case is scheduled to begin on September 14, 2020. A myriad of motions have been filed by the defendants with respect to the second superseding indictment, the government's notice of intent to seek the death penalty, and the imposition of the death penalty.[7] The Court must resolve these motions before trial. The Court must also review with defense counsel and the government the juror questionnaire and jury instructions for both the guilt phase and sentencing phase of trial. Since August 23, 2019, defense counsel have been aware of the initial deadline

---

[6] *Id.*
[7] R. Doc. Nos. 831, 836, 838, 840, 841, 842, 843, 844, 849, 850, 851, 852, 853.

Under the Fourth Amended Scheduling Order, the deadline to file such motions was October 7, 2019. R. Doc. No. 533, at 3. The Court has granted two extensions of that deadline, most recently to February 17, 2020. *See* R. Doc. Nos. 600 & 790.

to file motions *in limine* and additional pre-trial evidentiary motions. As such, they have had months to conduct investigations and interviews in preparation for the filing of motions *in limine* and additional pre-trial evidentiary motions. While the outbreak of COVID-19 and its impact could not have been anticipated, the trial date and related deadlines were set over six months ago. The continuance requested by the defendants will seriously jeopardize the ability of the Court to be adequately prepared for trial and will also jeopardize the scheduled trial date.

In light of the foregoing,

**IT IS ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. Motions *in limine* related to evidentiary issues and additional pre-trial evidentiary motions shall be filed by **MAY 14, 2020**, with all oppositions due by **MAY 21, 2020**. If any party receives evidence from another party or uncovers evidence after May 14, 2020 that would require a motion *in limine*, that party shall immediately notify the Court to schedule a conference to discuss the same. All other motions *in limine* and pre-trial motions shall be filed by **APRIL 28, 2020**, with all oppositions due by **MAY 5, 2020**. Any party who has a question with respect to which category a motion *in limine* or pre-trial motion falls within shall immediately notify the Court to schedule a conference to discuss the same.

New Orleans, Louisiana, April 6, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**