UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       No. 17-201

LILBEAR GEORGE &                             SECTION I
CURTIS JOHNSON, JR.

## ORDER & REASONS

Before the Court are defendants Lilbear George ("George") and Curtis Johnson, Jr.'s ("Johnson") motions[1] to strike the death penalty as a possible punishment. Both motions are identical to the motion[2] filed by defendant Chukwudi Ofomata ("Ofomata") on the same issue and seek the same forms of relief. The Court previously denied Ofomata's motion to strike the death penalty as a possible punishment, as well as the other forms of relief requested therein.[3]

Accordingly,

**IT IS ORDERED** that George and Johnson's motions to strike the death penalty as a possible punishment and all other forms of relief requested therein are **DENIED** for the same reasons expressed in this Court's order and reasons[4] denying Ofomata's motion to strike the death penalty as a possible punishment.

---

[1] R. Doc. Nos. 842 & 849.
[2] R. Doc. No. 183; *see* R. Doc. No. 842, at 1 n.1 (noting that the motion is substantively identical to the motion filed by Ofomata, R. Doc. No. 183); R. Doc. No. 849, at 1 n.1 (same).
[3] *See* R. Doc. No. 243.
[4] *Id.*

New Orleans, Louisiana, April 8, 2020.

                                        **LANCE M. AFRICK**
                                  **UNITED STATES DISTRICT JUDGE**