UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE, CURTIS JOHNSON, JR., & CHUKWUDI OFOMATA | SECTION I |

## ORDER

**IT IS ORDERED** that any defendant that seeks to sever his penalty phase from that of his co-defendants must file a motion requesting the same no later than **FRIDAY, AUGUST 7, 2020.** The motion must include a discussion as to the order in which the defendant proposes the Court proceed with one or more individual penalty phases.

**IT IS FURTHER ORDERED** that the government and any defendant may file a response to any other defendant's motion to sever no later than **FRIDAY, AUGUST 14, 2020.**

New Orleans, Louisiana, July 30, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE