UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 17-201** |
| **LILBEAR GEORGE,** <br> **CURTIS JOHNSON, JR.,** <br> **& CHUKWUDI OFOMATA** | **SECTION I** |

### ORDER

Considering the motions[1] filed by counsel for defendant Lilbear George ("George") (1) to strike the government's response[2] to the above-named defendants' joint motion[3] to continue or suspend trial and (2) for an expedited hearing on said motion to strike,

**IT IS ORDERED** that the *ex parte* motion for an expedited hearing is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion to strike is **DENIED,** reserving to George the right to file a reply to the government's response.

Absent documentation from the government indicating otherwise, the Court accepts as true defense counsel's statement that "**no member of the George defense team** has so much as paid a visit to St. Tammany Parish Jail, nor met in-

---

[1] R. Doc. No. 1234 (motion to strike); R. Doc. No. 1233 (motion for expedited hearing).
[2] R. Doc. No. 1231.
[3] R. Doc. No. 1200.

person with Mr. George at the jail or anywhere, since the pandemic-ordered closure of the jail to the public on the evening of March 13, 2020."[4]

Should counsel for George or any other defendant prefer to meet with their client in person at the prison where their client is presently housed, counsel shall contact the warden at that institution. If counsel encounter any challenges making such arrangements, counsel shall communicate with the Court, which will seek to facilitate such a meeting.

If counsel for George or any other would prefer to meet with their client in person at the courthouse, the Court will facilitate such a meeting, as the Court has previously advised and arranged. Social distancing and masking will be expected. Having spoken with a representative for the U.S. Marshals Service, the Court will make sure that the U.S. Marshals who are present are unable to hear communications between counsel and their client.[5]

New Orleans, Louisiana, November 3, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. No. 1234, at 2 (emphasis in original).
[5] *See* R. Doc. No. 1234, at 2 n.1.