UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE, CURTIS JOHNSON, JR., & CHUKWUDI OFOMATA | SECTION I |

### ORDER

The Court is in receipt of a November 19, 2020 email from the government (with counsel for defendants copied), seeking clarification of the Court's November 2, 2020 Order.[1] The government notes that defendants have filed a *Brady* motion relating in part to the NOPD Supplemental Report addressed in part by the Court's Order. That motion[2] is currently pending before United States Magistrate Judge Dana Douglas, with oral argument set for December 2, 2020.[3]

The Court finds that a status conference will aid it in understanding and addressing the parties' concerns regarding the Supplemental Report. Accordingly,

**IT IS ORDERED** that a video status conference will be held **TUESDAY, DECEMBER 1, 2020, at 11:00 A.M.** Details for accessing the video conference will follow in a subsequent order.

---

[1] R. Doc. No. 1232.
[2] R. Doc. No. 1244.
[3] R. Doc. No. 1252.

**IT IS FURTHER ORDERED** that the parties' opposition and reply deadlines regarding the pending *Brady* motion are **CONTINUED**; any such submissions shall be filed in accordance with Judge Douglas's forthcoming order.

New Orleans, Louisiana, November 20, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**