## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 17-201** |
| **v.** | * | **SECTION: "I" (3)** |
| **LILBEAR GEORGE,** | * | |
| **a/k/a "Bear"** | | |
| **a/k/a "Allen Santee"** | * | |

*     *     *

## GOVERNMENT'S MOTION TO WITHDRAW SECOND AMENDED
## NOTICE OF INTENT TO SEEK THE DEATH PENALTY

**NOW INTO COURT,** through the undersigned Assistant United States Attorneys, comes the United States of America, which moves to withdraw the Second Amended Notice of Intent to Seek the Death Penalty as to defendant, Lilbear George (Rec. Doc. 409).    The United States Attorney General has authorized and directed the United States Attorney for the Eastern District of Louisiana to withdraw the Second Amended Notice of Intent to Seek the Death Penalty.

**WHEREFORE**, the United States of America respectfully requests its motion to withdraw the Second Amended Notice of Intent be granted.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
Louisiana Bar Roll Number 31299
Email: Brittany.Reed2@usdoj.gov
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Telephone: (504) 680-3130

*s/ Gregory M.  Kennedy*
GREGORY M. KENNEDY
Assistant United States Attorney
Louisiana Bar Roll Number 20896
Email: Gregory.Kennedy@usdoj.gov
Telephone: (504) 680-3102

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*s/ Brittany L. Reed*
BRITTANY L. REED
Assistant United States Attorney
