MINUTE ENTRY
AFRICK, J.
SEPTEMBER 29, 2021

JS10 - 00:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-201 |
| LILBEAR GEORGE | SECTION: I |

COURT REPORTER:  Nichelle Wheeler
COURTROOM DEPUTY:  Bridget Gregory

PRESENT:    Brittany Reed, Gregory Kennedy, Inga Petrovich, Counsel for the government
Bruce Whittaker, Counsel for defendant
Renee Williams, U.S. Probation
Lilbear George, Defendant

## SENTENCING

Case called.
Oral motion by defendant to withdraw plea of guilty.
Argument by the government and counsel.
**IT IS ORDERED** that defendant's motion to withdraw plea of guilty and the motion to strike are **DENIED**.
Court ruled on objections to the Presentence Investigation Report.
Plea agreement accepted by the Court.
Defendant was sentenced on count 3 of the Second Superseding Indictment.
On motion of the United States, the original indictment, superseding indictment, counts 1, 2, and 4 of the second superseding indictment are dismissed as to this defendant.
See Judgment for sentence imposed.
The defendant was remanded to the custody of the U.S. Marshal.